# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number 10-201 (WHW) |
| | : | |
| | : | ORDER IMPOSING A SENTENCE OF |
| v. | : | TIME-SERVED AND DIRECTING |
| | : | THE IMMEDIATE RELEASE OF |
| | : | DEFENDANT |
| JORAL PHILIPPE | : | |
| (Defendant) | : | |

AND NOW, this 13th day of April 2010, it is hereby ORDERED that the defendant Joral Philippe, be hereby sentenced to a term of time-served.

The United States Marshals are hereby directed to release the defendant, Joral Philippe, immediately from the custody of the United States Government to ICE.

*[signature]*
William H. Walls
United States Senior District Judge